June 15, 2004

The Honorable Randall L. Dunn
United States Bankruptcy Judge
United States Bankruptcy Court
1001 S.W. Fifth Ave. #800
Portland, Oregon 97204

CLERK US BANKRUPTCY COURT
DISTRICT OF OREGON

'04 JUN 16 P2:03

LODGED_____ REC'D_____
PAID_____ DOCKETED_____

Re:   In re Bryan David Cole
      United States Bankruptcy Court Case No. 303-36677-rld7
      Adv. Proc. No. 03-3501-rld

Dear Judge Dunn:

Enclosed for filing, please find a Motion of Protective Order. If it meets with your approval, the Court can rule on the Motion at the June 18 hearing.

Very truly yours,

Kit and Susan Cole
26260 Scenic View Ct.
Rockaway Beach, OR  97136

Enclosure
Cc w/enclosure:    Mr. Bryan D. Cole
                   Michael R. Blaskowsky
                   Mr. Kenneth S. Eiler
                   United States Trustee
                   Ms. Denise MacLean

