CLERK US BANKRUPTCY COURT

'04  JUN 16  P2 :03

LODGED_____REC'D_____
PAID_____DOCKETED_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In Re: | ) | Case Number: 303-36677-rld7 |
| | ) | |
| Bryan David Cole, | ) | |
| Debtor | ) | |
| | | |
| Denise MacLean, | ) | |
| Plaintiff, | ) | |
| | ) | Case Number: 03-03501-rld |
| vs. | ) | |
| | ) | MOTION OF PROTECTIVE |
| Bryan David Cole, | ) | ORDER |
| | ) | |
| Defendant. | ) | |



Debtor's parents move this Court for a Motion of Protective Order. Due to circumstances that have occurred in the past, we feel that it is imperative to seek out this Order.

In 1991 we filled out a credit application which contained personal financial information such as social security numbers, credit information, etc. Denise MacLean took it, retained it and has now attempted to use it for her own gain. Ms. MacLean has repeatedly presented a postcard that we wrote as a courtroom exhibit and construed the intent to suit her purposes.

We testified before the Bankruptcy court and provided all information that was requested. We urge the Court to deny Ms. MacLean access to our personal information.

Ms. MacLean was convicted of Contempt of Court and ordered to return all paperwork that she had taken with her when she left our son's residence. Ms. MacLean's only compliance was to fax a portion of the paperwork to our son's attorney. Our credit application was not among the returned papers.

We definitely do not want Ms. MacLean to gain access to our bank account or income tax information, fearing that she would use it for her own gain now and in future court proceedings. We have had a number of fraudulent charges on our credit cards and desperately fear identity theft.

We would request that this order be granted.

Respectfully submitted this 15th day of June 2004.

Kit G. and Susan E. Cole

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of the forgoing Motion of Protective Order to debtor, Chapter 7 Trustee, U.S. Trustee, Michael R. Blaskowsky, and Denise MacLean on June 15, 2004.

Kit G. and Susan E. Cole